**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Internet Media Interactive Corporation
                              Plaintiff,

v.                                                      Case No.: 1:18−cv−00500
                                                      Honorable Sharon Johnson Coleman

Hyatt Hotels Corporation, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 3, 2018:

       MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), this case is dismissed with prejudice, each party to bear its own costs, expenses and attorneys' fees. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.